NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**LEDERGERBER MEDICAL INNOVATIONS, LLC**
AND **DR. WALTER LEDERGERBER,**
*Plaintiffs-Appellants,*

v.

**W.L. GORE & ASSOCIATES, INC.,**
*Defendant-Appellee.*

---

2011-1379

---

Appeal from the United States District Court for the Northern District of Illinois in No. 07-CV-1593, Judge Virginia M. Kendall.

---

**JUDGMENT**

---

CHRISTOPHER J. LEE, Niro, Haller & Niro, of Chicago, Illinois, argued for plaintiffs-appellants. With him on the brief were RICHARD B. MEGLEY, ROBERT A. CONLEY and CHRISTOPHER W. NIRO.

HARRY C. MARCUS, Locke Lord Bissell & Liddell, LLP, of New York, New York, argued for defendant-appellee. With him on the brief were JOSEPH A. FARCO; and MATTHEE K. BLACKBURN, of San Francisco, California. Of counsel on the brief were JOHN S. CAMPBELL and CAROL A. LEWIS WHITE, W.L. Gore & Associates, Inc., of Newark, Delaware.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (RADER, *Chief Judge,* NEWMAN and PROST, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

_January 13, 2012_                      _____/s/ Jan Horbaly_____
Date                                               Jan Horbaly
                                                       Clerk